IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUZETTE TILLMAN,

Plaintiff,

v.

CITY & COUNTY of SAN FRANCISCO,

Defendant.
/

No. C 09-01832 WHA

**ORDER REGARDING PLAINTIFF COUNSEL'S MOTION TO WITHDRAW**

In this employment-discrimination action, an order granted defendant partial judgment on the pleadings on October 15, 2009. Now plaintiff's counsel Gregory Lloyd Martin filed a California state superior court form entitled "substitution of attorney — civil (without court order)" by which he purports to withdraw as counsel of record for plaintiff Suzette Tillman in this matter. This form is not accompanied by the simultaneous appearance of substitute counsel. Instead, the form indicates that plaintiff Tillman will now proceed *pro se*.

This form is inadequate to comport with the requirements of Civil Local Rule 11-5(a), which requires that "counsel may not withdraw from an action until relieved by order of Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case." Although the form has been signed by plaintiff Tillman and indicates that defendants were served with notice of the withdrawal on March 3, it does not provide any indication as to the reasons for withdrawal, the status of plaintiff's search for substitute counsel, or whether plaintiff's lack of representation would create unnecessary delay of the schedule set by the case management order in this matter.

A hearing will be held on whether plaintiff's counsel shall be permitted to withdraw on **MARCH 18, 2010, AT 11:00 A.M.** It is more likely that this motion will be granted if substitute counsel are present. Existing counsel of record should be prepared to explain why they launched this lawsuit and why they should not be required to see it through to the end.

**IT IS SO ORDERED.**

Dated: March 8, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE