DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
ERIK RAPOPORT, State Bar #187059
LAUREN M. MONSON, State Bar #242819
Deputy City Attorney
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3856
Facsimile:     (415) 554-4248
E-Mail:        lauren.monson@sfgov.org

Attorneys for Defendant
City And County Of San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SUZETTE TILLMAN, | Case No. C09-01832 WHA |
|---|---|
| Plaintiff, | REQUEST FOR DISMISSAL; PROPOSED ORDER OF DISMISSAL |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO CITY AND COUNTY ADULT PROBATION DEPARTMENT; Does 1-20 | |
| Defendant(s). | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

A settlement agreeable to all parties has been reached in the above-mentioned matter. The parties respectfully request that this case be dismissed with prejudice.

Dated: 3-2-2010

By: *Suzette Tillman*
SUZETTE TILLMAN
Plaintiff, in *Pro Se*

Request for Dismissal
*Tillman v. CCSF*, CASE NO. C09-01832 WHA

1

n:\labor\li2010\091112\00613674.doc

Dated: 3/26/10

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
CHIEF LABOR ATTORNEY
ERIK RAPOPORT
LAUREN M. MONSON
Deputy City Attorneys

By: /s/ Lauren M. Monson
LAUREN M. MONSON

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

**ORDER**

**IT IS SO ORDERED.**

Dated: April 7, 2010.

_____
IT IS SO ORDERED
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Request for Dismissal
*Tillman v. CCSF*, CASE NO. C09-01832 WHA

2

n:\labor\li2010\091112\00613674.doc